**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Case Number _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

### Washington D.C. Division

---

| | | |
|---|---|---|
| **BARRY L. COX and JANIS L. COX** | ) | **COMPLAINT** |
| **Plaintiff** | ) | **For** |
| *502 Roble Vista* | ) | **MONEY DAMAGES** |
| *San Antonio, TX. 78258* | ) | |
| | ) | **1. Unauthorized Tax Collection** |
| **v.** | ) | **2. Violation of Civil Liberties** |
| | ) | **3. Unlawful Seizure of Property** |
| | ) | **4. Violation of Federal Statutes** |
| | ) | **5. Violation of Texas Statutes** |
| **STATE OF CALIFORNIA,** | ) | **6. Violation of California Statutes** |
| **FRANCHISE TAX BOARD (FTB)** | ) | |
| **Defendant** | ) | Case: 1:07-cv-01386 |
| | ) | Assigned To : Collyer, Rosemary M. |
| _____ | ) | Assign. Date : 7/30/2007 |

<u>**INTRODUCTION**</u>    Description: Civil Rights-Non Employ.

1.     PLAINTIFF, Barry L. Cox and Janis L. Cox, file verified COMPLAINT in

this jurisdictional Federal District Court for MONEY DAMAGES against the

State of California, and its "designated agency" the Franchise Tax Board (FTB).

2.    The COMPLAINT is a Prayer for Relief under provisions of Title 42 U.S.C.,

Section 1983, the "Due Process" and "Equal Protection Clauses" guaranteed

inalienable under the Fourteenth Amendment to the United States Constitution.

The Fourteenth Amendment confers upon Americans both substantive and

procedural federal RIGHTS which cannot be ignored by the States and/or a tax

collection agency such as the "FTB."

> Note: To the extent recovery under Title 42 U.S.C., Section 1983 must be based
> upon the deprivation of a FEDERAL STATUTORY or CONSTITUTIONAL
> RIGHT, the "complaint" is predicated upon violations of both federal and state
> law. No adequate remedy exists in state courts for violations of federal laws.

3.    Title 42 U.S.C., Section 1983 provides a legal mechanism for seeking redress

in federal court of an alleged deprivation of a RIGHT and for violations of federal,

constitutional and statutory RIGHTS by "persons" or "agencies" acting for the

various "states" of the Union [FTB] under color of state law.

4.    Jurisdiction of federal courts is appropriate under Article I, Section 8,

Clause 3 of the U.S. Constitution.  Section 1983 is actionable in this law suit because

this law clearly provides a means (legal mechanism) for the proper application of

preserving RIGHTS, PRIVILEGES and immunities.

*Dennis v. Higgins*, 498, U.S. 439 (1991):

The Higgins Court held:

(a) whether the RIGHT "creates" obligations binding on the government unit [FTB]

(b) whether the RIGHT was designed to benefit the plaintiff in a section 1983 action

(c) whether the plaintiff's claim of RIGHT is "too vague or amorphous" or applicable based on the facts and the law

5.    Plaintiff seeks <u>redress for wrongs</u> (unauthorized collection of state income tax) imposed by the defendant [FTB] in violation of a federal RIGHT.  Complaint is not limited to violations of federal laws but demonstrates how the FTB wrongfully extended its egregious tax collection to violate state statutes and regulations (California and Texas) including violations of applicable laws in the Internal Revenue Code and California Revenue and Taxation Code.

Included in the issues before this legislative tribunal (Article I Court) is whether the U.S. Congress, in enacting Title 42 U.S.C., Section 1983, unambiguously conferred upon Americans (equal protection under the law for taxpayer's and persons identified as "nontaxpayers") residing in the several states of the Union, a RIGHT to enforce the requirement that the defendant (State of California, Franchise Tax Board "FTB") make reasonable efforts to prevent violations of the Plaintiff's CONSTITUTIONAL RIGHTS (federal and state laws) under the Amendments to the U.S. Constitution, California Constitution and the INFORMATION PRACTICES ACT OF 1977 (California Civil Code, Sections 1798.1-1798.78)

6.      The federal and state **RIGHTS** of the Plaintiff are protected under the

following provisions of the California Civil Code:

> Section 1798.1 "…the **RIGHT** to privacy is a personal and fundamental
> **RIGHT** protected by Section 1 of Article I of the Constitution of California
> and by the United States Constitution (federal law) and all individuals
> (Americans) have a **RIGHT** of privacy in the information pertaining to
> them."
>> (a) The **RIGHT TO PRIVACY** is being threatened by the
>> indiscriminate collection, maintenance and dissemination of
>> personal information and the lack of effective laws and legal
>> remedies.

> Section 1798.45 "An individual (American) may bring a civil action against
> an agency [FTB] whenever such agency does any of the following:"

>> (a) Refuses to comply with and provide an individuals' lawful request
>> to inspect (information held by the FTB) pursuant to subdivision
>> (a) of Section 1798.24

>> (b) Fails to maintain any record concerning any individual with such
>> accuracy, relevancy, timeliness, and completeness as is necessary
>> to assure fairness in any determination relating to the
>> qualifications, character, rights, opportunities of, or benefits to the
>> individual that may be made on the basis of such record, if, as a
>> proximate result of such failure, a determination is made which is
>> adverse to the individual…i.e. bogus tax assessment or liability for
>> tax

>> (c) Fails to comply with any other provision of this chapter, or any
>> rule promulgated there under, in such a way as to have an
>> adverse effect (unlawful tax collection) on an individual.

7.    The Plaintiff, like all Americans residing in the various states, are joined together by their FEDERAL RIGHTS, not by race, religion, ethnicity or genealogy. The federal RIGHTS apply to every American and is a common bond shared by the belief the "rule of law" and the "Bill of Rights" guarantee that certain federal RIGHTS are inalienable.  The Plaintiff, like all Americans, believe every individual should have unfettered access to freedom and equal protection under the law in federal courts, as a matter of published law.

> Note:  A great body of case law (*stare decisis*) has grown over the decades with respect to the questions of (1) what constitutes an express authorization of state agencies; (2) what is necessary in aid of jurisdiction; and (3) what constitutes protection or effectuation of a judgment. The Fourteenth Amendment is regarded as one of the most important components of the U. S. Constitution to protect and preserve these inalienable RIGHTS.

8.    Plaintiff asserts the FTB, in conjunction with the IRS, wrongfully apply federal law under 26 USC, Section 6103(d) "Disclosure to State tax officials and State and local law enforcement agencies."  FTB's malfeasance of federal and state laws and the California Revenue and Taxation Code is a rank obscenity. The FTB's incestuous relationship with the IRS is infamous for violation of federal, state and constitutional laws in the assessment and collection of federal and state tax revenue pertinent to Form 1040 and Form 540.  FTB routinely and egregiously generates unauthorized and illegal  (bogus) "notices" "orders"  and "letters" to seize bank

accounts of "nontaxpayers" (without considering or verifying the CIVIL RIGHTS

of Americans). In the complaint before this jurisdictional court, the FTB

egregiously ignored the procedures and requirements of published statutory,

regulatory, and delegated "authority" regarding the proper collection of tax

mandated by the IRC, CFR, IRM, California Revenue and Taxation Code,

Information Practices Act of 1977, Texas Tax Code, Texas Penal Code and the

California Civil Code. Simply put, FTB ignored the requirement of law (state and

federal) mandating "tax collectors" must apply for and obtain a valid "tax

warrant" signed by a judge and court of competent jurisdiction. With inexcusable

neglect and extreme indifference to state and federal laws, the FTB wrongfully

imposed unauthorized tax collection acts against the Plaintiffs under the fraudulent

guise of self-directed, self-printed "judicial" documents i.e. "Order to Withhold

Personal State Income Tax" or "Notice of Bank Levy," simulating a judicial order.

Pursuant to federal laws (IRC & CFR) and state laws (California Revenue and
Taxation Code, Texas Tax Code & Texas Penal Code), tax collection by a tax
agency (federal or state) is only authorized when the tax collection agency (IRS
or FTB) obtains a court ordered tax warrant [order of seizure, forfeiture or
lien], upon "taxpayers" who are made liable for *income taxes* on the source of
their personal income.

*Tax collection* can ONLY be commenced after the matter has been adjudicated in the appropriate court to determine if an assessment of tax has been properly made by the taxing authority and a "liability for tax" exists. Such court "order" must be issued by a judge...not IRS revenue officers or FTB employees. [See: IRC, Chapter 76 "Judicial Proceedings," Section 7401, et. seq. and Texas Tax Code, Section 32.22 "Institution of Seizure"]

Texas Penal Code, Chapter 32 "Fraud" Sections 32.46 & 32. 49

"*A person commits an offense [when] recklessly causes to be delivered to another any document that* simulates *a summons, judgment, or other court process with the intent to induce payment of a claim for another to submit to the putative authority of the document (Order to Withhold Personal State Income Tax).*

[See: 26 U.S.C., Section 7432 "Civil damages for failure to release lien," Section 7426 "Civil actions by persons other than taxpayers" and Section 7433 "Civil damages for certain unauthorized collection actions"].

See: *Hafer v. Melo,* 502 U.S. 21-28 (1991) "In *1871 Congress enacted Title 42, Section 1983 (et. seq.) to enforce the provisions of the Fourteenth Amendment against those who carry a badge of authority of a State and represent it in some capacity* [FTB] *whether they act in accordance with their (limited) authority or misuse it.*"

9.      To the extent FTB tax collection for personal state *income taxes* is derived

exclusively and solely from Form 540 (California State Income Tax Return) and is

imposed only in connection with the Internal Revenue Service's Form 1040

(Individual Income Tax Return) under provisions of the Internal Revenue Code,

Code of Federal Regulations, Internal Revenue Manual, Title 26 USC and Title 26

CFR upon specific "individuals" identified as "taxpayers," the tax collection by the

FTB upon "persons" other than "taxpayers" (IRC Section 7426 "Civil action by persons other than taxpayers") such as the Plaintiff (Barry L. Cox and Janis L. Cox), is unauthorized, illegal and violates federal statutes (Plaintiff's federal civil rights). The illegal tax collection of California State Personal Income Tax by the FTB against the Plaintiffs also violate pertinent regulations of the IRC, CFR, USC, California Revenue and Taxation Code, INFOMRATION PRACTICES ACT OF 1997, Taxpayers' Bill of Rights I & II, Internal Revenue Service Restructuring and Reform Act of 1998, inter alia. FTB's unauthorized tax collection schemes, against the Plaintiffs, simulating a court process, to seize bank accounts, is not only fraudulent but violated a plethora of other pertinent laws including Plaintiff's federal civil RIGHTS protected under the Fourth, Fifth, Tenth and Fourteenth Amendments to the United States Constitution.

10.     The federal courts are called the "guardians" of the Constitution because their rulings and jurisdiction should, as a matter of law, protect and preserve RIGHTS and LIBERTIES guaranteed by the Constitution and its Amendments. In deed, the role of federal courts is primarily to protect the "civil liberties" of all Americans.

11.    Plaintiffs assert they are Americans but NOT people who are identified
as "individuals" or "persons" made liable for income or excise taxes referenced in
the Internal Revenue Code, Code of Federal Regulations, or the California Revenue
and Taxation Code.

> IRC, Section 7701(a)(14) "Taxpayer"

> > The term TAXPAYER means any "person" subject
> > to any internal revenue tax.

The term "person" (under provisions of 26 USC, 26 CFR, 27 CFR or IRC ) is
determined by  IRC Section 5690 and Section 7343 "Definition of the term person."
Each of these defining statutes specifically state what class of person or individual is
made liable for federal or state income taxes:

> > The term "person" as used in this subchapter, includes an 'officer'
> > or 'employee' of a corporation or a 'member' or 'employee' of a
> > partnership, who as such officer, employee or member, is under a
> > duty to perform the act in respect of which the violation occurs.

The definition of the term "taxpayer" with reference to the IRC and the CRTC
is also determined by 26 CFR, Part 1, Section 1. 6011-4(c)( 1):

> > The term "taxpayer" means any 'person' described in IRC
> > Section 7701(a)(1), including S corporations. The term "taxpayer"
> > also includes an affiliated group of corporations that joins in the filing
> > of a consolidated return (Form 1120) under Section 1501.

12.    Pursuant to the published statutes and regulations enacted by Congress in
the 1939, 1954 and 1986 Internal Revenue Codes and under Title 26 U.S.C., Title 26
CFR, Title 27 U.S.C. and Title 27 CFR (which must be administered and enforced
by "appropriate ATF officers" of the Bureau,) the term "individual" (taxpayer)

means a business entity, a trust, estate, partnership or corporation as defined in the

IRC Sections 861 (foreign corporations) and IRC Section 862 (domestic

corporations) who are made liable for excise taxes under the controlling laws of

IRC Section 6001 and following:

See: IRC Section 6011(b) "Identification of taxpayer"

> The Secretary is authorized to require such information with respect
> to 'persons' (corporations) subject to the taxes imposed by chapter 21 or
> chapter 24 as is necessary or helpful in securing proper identification of such
> 'persons.'

Chapter 21 of the IRC pertains to "Federal Insurance Contributions Act" and

only applies to "persons" or "individuals" made liable for taxes under IRC

Section 3101 through Section 3128.  Chapter 24 of the IRC "Collection of Income

at Source" only applies to federal employees and employers under Sections 3401

through Section 3406.

Plaintiffs are not "persons" or "individuals" made liable for taxes under

Chapter 21 or Chapter 24 of the IRC or provisions of the California Revenue

and Taxation Code.

The source of "corporate" income must be subject to excise taxes (synonymous with income taxes) and must be derived from participating in "reportable transactions" [26 CFR, Part1, Section 1. 6011-4(a)] or "revenue-taxable activities" involving "income" received by officers, employees, employers or members of such business entities who engage in privileged occupations. [See: Internal Revenue Code's INDEX TO CODE under "Liability for tax" or excise tax]

13.    *Taxpayers* are the only "persons" or "individuals" identified in the "tax code" with special licenses or privileged occupations and are subject to EXCISE TAXES or income taxes.  Only "taxpayers" are in a special group or class of people who engage or participate in privileged occupations and receive "taxable income" [IRC Sections 1—Section 4982] or income subject to excise taxes.  For certain, the terms income tax, excise tax, occupational tax, special license tax are synonymous and mean the same thing...and said income tax only applies to "taxpayers."

> *"The general public is unaware that the IRC is limited in application, it cannot, does not and never has been applied against the United States' people who live and work within the 50 States of the Union.  The [true] application of the tax code is limited to and imposed upon certain occupational and/or activities. Taxable activities include the manufacture (import/export) of certain commodities like alcohol, tobacco, ammunitions and firearms (IRC Section 7608). The income tax laws were never applied (by Congress) against the people or their occupations in general because Congress was never granted power (by the Constitution) to levy a "direct" excise tax on the source of income of the American people."*

[Emphasis added]  Testimony of Gary Makovski, (former) IRS-CID Special Agent for the IRS.  Excerpt from court transcript of United States v. William R. Lloyd (Criminal Trial, Defendant William Lloyd Acquitted)

14.    Plaintiff asserts the term "income tax," in its ordinary and constitutional sense, means EXCISE TAX or privileged tax (occupational tax) and does not apply to ordinary Americans unless they are in the class or group of special licensed "individuals" (persons) identified in IRC Section 6001(b) "Identification of taxpayer" and made liable for tax under chapter 21, chapter 24 and chapter 61 of the Internal Revenue Code.  For sure, taxpayers are only those special "privileged" "individuals" identified in 26 CFR, Part 1, Sec. 1.1-1 *"Income tax on individuals,"* which in pertinent part says:

> *"Section 1 of the Code imposes an income tax on the income of every "individual" or "resident" of the United States.  In general, the tax is payable on the basis of returns rendered by "persons" (taxpayers) liable therefore [subchapter A] sections 6001 and following, chapter 61 of the Code or at the source of the income by withholding."*

15.    An abundance of case law including <u>Flint v. Stone Tracy Co.</u>, 220 U.S. 107 (1911) and landmark cases i.e. *Redfield v. Fisher, Jack Cole v. Commissioner, Corn v. Fort, USA v. Joseph R. Banister (former IRS-CID Special Agent, "whistleblower" CR-5-04 -435), USA v. Vernice Kuglin, USA v. Lloyd R. Long (CR-1-9-1993), USA v. William Lloyd [ supra]* inter alia, clearly manifest the term <u>income tax</u> means

"excise or occupational tax" and applies only to privileged occupations.

> *"Excises are taxes 'laid' (imposts) upon the manufacture, sale, distribution, import, or consumption of 'commodities' (alcohol, distilled spirits, tobacco, firearms, ammunitions, gasoline, oil products, other fuels and certain agricultural products) within the country (USA) and upon licenses to pursue certain occupations (i.e. liquor license or firearms and ammunitions permits and licenses, etc.) and excise taxes are 'laid' upon certain corporate privileges or a tax on special privileges."*

> -31 S. Ct. 342, 349 (1911)

16.    Plaintiff asserts the term "income taxes" pertain and apply ONLY to: [1] income sources derived from "reportable transactions" by "taxpayers" regarding *foreign sales corporations* (FSC), [2] *possession corporations* (USA) and [3] *foreign earned income* defined in IRC Section 911 and IRC Section 911(d)(6) [jurisdiction to regulate foreign commerce]. The IRS and FTB ignore this incontrovertible fact.

17.    Barry L. Cox and Janis L. Cox are NOT "taxpayers." Plaintiffs do not receive domestic income from any source identified in the IRC or California Revenue and Taxation Code as "taxable income." Plaintiff's income source is NOT derived from any special license or privileged occupation. By operation of law, Plaintiffs are NOT in the special class or group of "persons" or "individuals" made liable for "excise taxes" (income taxes) "imposts" or "duties" under provisions of 26 USC, Section 6001 and following (chapter 61 of the Code) or

chapter 21 or chapter 24 of the "Code" (Internal Revenue Code) or the California
Revenue or Taxation Code.

18.    To the extent the Plaintiff's are not "taxpayers," or made liable for any
internal revenue tax published in the IRC, CFR, IRM, CRTC, Federal Register or
elsewhere, the Plaintiff's cannot be made liable for "personal state income tax"
under jurisdiction of the FTB or subject to the unauthorized tax collection
"schemes" of defendant FTB.

> IRC, Section 861(a)(3) "Personal services"
>
>> "Compensation for labor or personal services performed in the
>> United States (by nontaxpayers) shall NOT be deemed to be (taxable)
>> income form 'sources' within the United States."

19.    Inasmuch as the FTB failed by "inexcusable neglect" to train its employees
and officers in the legal limitations of administering and enforcing the taxing
statutes (controlling laws of the IRC and the CRTC), the prohibited acts of the FTB
constitute "fraud." The FTB egregiously issued non-judicial "orders" simulating a
tax warrant or order of a court judge without invoking the judicial process
required by law. The unauthorized tax collection schemes of the FTB (via the IRS)
violates the Plaintiff's federal civil liberties and RIGHTS guaranteed "inalienable."

The FTB violations of pertinent sections of the IRC, CFR, USC, IRM, Information
Practices Act of 1977, Citizens Protection Act of 1998, IRS Restructuring and
Reform ACT of 1998, Taxpayers' Bill of Rights, Fourteenth Amendment to the U.S.
Constitution and the California Civil Tax Code, Sections 1787.1-1798.78, warrant
this actionable cause in federal court.

[See: *Vineyard v. County of Murray, 990 F. 2d 1212 (11th Cir. 1993 ) "…inadequate
procedures and agency policies for administering, recording and enforcement of the
law."*]

20.    For sure, the unlawful FTB practices and policies are infamous.  The FTB
and its employees constitute the delegated authorized "decision maker" for the
State of California.  Consequently, the FTB and its employees, are responsible for
the unauthorized tax collection policies and practices and any violations of state
or federal statutes and Constitutional statutes.

21.    The long held pattern of the FTB, to harass the Plaintiffs, since 1996, and to
illegally seize the bank accounts of the Plaintiffs for "personal state income taxes"
from 1996 to present (2007), regarding (expired) and bogus alleged tax periods
1988, 1989 & 1990, are prohibited by 26 USC, Sections 6501 and 6502 and the
California Revenue and Taxation Code, inter alia.

The tax collection schemes of the FTB are blatant acts of bad faith and hostility and constitute "fraud," in violation of the Plaintiff's federal RIGHTS.  FTB's obvious malfeasance is sufficient ground for actionable relief under 42 USC, Section 1983.
[See: *Howard v. Adkins,* 887 F. 2d 134, 138 (8th Cir. 1989)]

> *Gould v. Gould, 245 U.S. 151, 153*
>
> > *"...in statues levying taxes the literal meaning of the words employed are most important, for such statutes are not to be extended by implication beyond the clear import of the language used. If the words are doubtful, the doubt must be resolved against the government and in favor of the taxpayer."*

See:     <u>Economy Plumbing and Heating Co. V. United States</u>, 470 F 2d. 585 (1972)

*"The revenue laws are a code or system in regulation of tax assessment and collection.  They (laws) relate (only) to "TAXPAYERS" and not to "NONTAXPAYERS."  The latter (nontaxpayers) are without their scope.  No procedure is prescribed for NONTAXPAYRS and no attempt is made to <u>annul any of their rights and remedies in due course of law</u>. With them (nontaxpayers) Congress does not assume to deal and they (nontaxpaysrs) are neither of the subject nor of the object of the revenue laws."* [Emphasis added]

22.    Plaintiffs assert they are NONTAXPAYRS and are entitled to recover from

the unlawful tax collection schemes of the FTB, who acted with extreme indifference

to their federal and state RIGHTS.  The FTB acted with bad faith and hostility to

seize bank funds for the collection of expired tax periods 1988, 1989, 1990 for

personal state income taxes which, as a matter of law, are not owed.

> "*The loss of civil freedoms, for even minimal periods of time, unquestionably
> constitutes irreparable injury and right to redress and relief.*"

-Elrod v. Burns, 427 U.S. 347, 373 (1976)

> "In such cases, there is no safety for the citizen [403 U.S. 395] except in the
> protection of the (federal) judicial tribunals, for RIGHTS which have been
> invaded by the officers of the government, professing to act in its name."

-    Amos v. United States, 255 U.S. 313, 317 (1921)


23.    The ELEVENTH AMENDMENT to the U.S. Constitution and the Tax

Injunction Act, codified @ 26 U.S.C., Section 7421(a), enacted in 1867, do not

BAR the Plaintiff's COMPLAINT UNDER Section 1983.


24.    Under current law, the FTB is entitled ONLY to "qualified immunity" as it

pertains to the provisions of the Eleventh Amendment.  [*Buckey v. Fitzsimmons,* 113

S. Ct. 2602, 2613 (1993)].  In addition, even if the Plaintiffs were "taxpayers" (which

they are not) the statutes of limitations under IRC Section 6501 and Section 6502

and California Revenue and Taxation Code prohibit belated tax collection actions

by the FTB for expired tax assessment and collection periods 1988, 1989 and 1990.

25.    Plaintiffs assert the FTB officers and employees knew or should have known the "belated" unverified tax collection action in 1996, 2005 and 2007 for tax periods 1988, 1989 and 1990, against the Plaintiff's bank accounts, who are NONTAXPAYERS, was unlawful and in violation of federal and state laws and constitutional RIGHTS. [See: 475 U.S. 335 (1986) "whether the FTB officers knew, with a reasonable knowledge of what the law (federal and state) prohibits, and if it violated the Fourteenth Amendment RIGHT, is a matter to be determined by the federal court." (See: *U.S. v. Leon,* 468 U. S. 897 (1984)]

26.    Notwithstanding the ELEVENTH AMENDMENT, the FTB is not shielded from an action under Section 1983 because the Eleventh Amendment was not intended by Congress to grant the States of the Union "absolute immunity." The FTB waived its "immunity" (consented to be sued) when its tax collecting employees acted in violation of both federal and state laws including the Plaintiff's federal constitutional RIGHTS under the Fourth, Fifth, Tenth and Fourteenth Amendments. [See: Ex Parte Young, 209 U. S. 123 (1908) and 429 U. S. 274 (1977) Lake County Estates v. Tahoe Regional Planning Agency]

27.     Plaintiff alleges federal CIVIL RIGHTS, guaranteed under the U.S.

Constitution, permit a civil action in equity to defend life, liberty and property from

unlawful assaults and encroachments by state and federal government employees in

times of exigency. Government employees (state of federal) carrying a badge under

color of authority, cannot break the law in collecting state or federal taxes.

See: Title 26 Code of Federal Regulations, Section 601.106(f)(1)

"An exaction by the U.S. Government [or FTB], which is not based
upon law, statutory or otherwise, is a taking of property without due
process...is in violation of Constitutional law, and equated to tyranny and
anarchy...the IRS (FTB) shall hew to the law recognized by standards of legal
construction..."

[Emphasis added]

28.     Handbook for Internal Revenue Agents, paragraph 332:(1)

"...it cannot be emphasized to strongly that constitutional
guarantees and individual RIGHTS must not be violated..."

Plaintiff alleges this federal jurisdictional Court has authority to fashion a remedy

by virtue of its inherent judicial powers conferred by the United States Constitution.

This federal court has jurisdiction to cure alleged damages, injury and irreparable

harm egregiously caused by FTB's violations of the rule of law, the federal

Constitutional and Civil Rights.

29.    Plaintiffs resided in the state of California and the state of Texas at the
time the FTB committed the alleged violations of law. Plaintiffs are domiciled in
San Antonio, Texas.

30.    Plaintiffs are informed and believe, and based thereon, allege they suffered
irreparable harm and injury at the hands of FTB agents acting outside the
scope of sovereign immunity protection of the ELEVENTH AMENDMENT and the
Tax Injunction Act of 1867. The FTB untimely, egregiously and without statutory or
regulatory authority, in violation of federal constitutional law, conspired a scheme
to collect an <u>invalid</u> (bogus) personal state income tax (by a non-judicial process) not
appropriately assessed by the IRS, FTB or adjudicated by a court of competent
jurisdiction for belated tax periods 1988, 1989 and 1990.

31.    Plaintiff alleges, in consequence of illegal and unlawful acts of the FTB, the
defendant is subject to law suits for recovery of damages and money under Section
1983. FTB is liable for damages for unauthorized tax collection and for wrongful
seizure of banks funds belonging to the Plaintiff.

32.    For sure, the facts manifest the FTB [agent/employees] "knew," or "should

have known," that during the course and scope of employment as "tax collectors,"

without "probable cause," delegation authority or a judicial court ordered tax

warrant, the issuance of "FTB Order to Withhold Personal State Income Tax"

[Bank Levy] was an abuse of discretion and in violation the IRC, California

Revenue and Taxation Code, California Civil Code and federal Civil Rights of

the Plaintiff. [See: Title 42 U.S.C. Section 1983 et. seq.]

33.    Plaintiff alleges the legal definition of "probable cause" is:

"A reasonable ground for belief in the existence of facts warranting the
proceedings complained of, or....an apparent state of facts found to exist
(statutory authority) upon reasonable inquiry which would induce a
reasonably intelligent and prudent person to believe they had statutory and
delegated authority to issue an order to seize bank accounts."

---

In order to determine whether conduct of federal employees falls within the discretionary function
exception, the courts must apply a two-part test established in Berkovitz v. U.S. 486 U.S. 531, 536
('88) See: Kennewick Irrigation Dist. v. U.S. 880 F. 2d 1018, 1025 (9th Cir. '89). The question must be
asked if the conduct involved was 'an element of judgment or choice.' See: U.S. V. Gaubert, 499 U.S.
315, 322 ('91). This requirement is not satisfied if a 'federal statute, regulation, or policy specifically
prescribes a course of action for an employee to follow.' See: Berkovitz, 486 U.S. at 536. Once the
element of judgment is established, the next inquiry must be ' whether that judgment is of the kind
that the discretionary function exception was designed to shield ' in that it involves considerations of
social, economic and political policy. See: Gaubert, 499 U.S. at 322-23. The Federal Tort Claims Act
specifies that the liability of the FTB is to be determined in accordance with the law of the place
where the alleged tortuous act occurred. See: Title 28 U.S.C. Section 1346(b).

Under California law, the court would apply federal law to determine whether an arrest by a federal officer was legally justified and hence privileged. The same holds true for Texas state law. See: <u>Trenouth v. U.S.</u> , 764 F. 2d 1305, 1307 (9th Cir. '85) and <u>Gasho v. U.S.</u>, 39 F 3d 1420, 1427-32 (9th Cir. '94)...was there probable cause to warrant arrest? In the case at bar, the Plaintiff's action is supported by evidence that the FTB is liable for violations of both federal and state Constitutional laws. See: <u>FDIC v. Meyer</u> , 114 S. Ct. 996, 1001 ('94). Title 42 U.S.C. Section 1983 "Civil Action For Deprivation of Rights"...<u>Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress....</u>"

---

34.     Plaintiffs assert the FTB violated 26 CFR. Section 301.7433-1 "civil

cause of action for unauthorized collection actions," inter alia.

35.     Plaintiffs bring this "ripe" claim against the FTB pursuant to the

Federal Rules of Civil Procedure, Rule 8 "General Rules of Pleading."

For certain, the FTB employee(s) acted within the scope of his/her/their office or

employment at the time the "unauthorized tax collection" incidents occurred, out of

which the COMPLAINT is now rightly brought before this federal court.

> *"If in connection with the collection of a federal tax (state tax) with respect to a taxpayer, an officer or an employee of the Internal Revenue Service (FTB) recklessly or intentionally disregards any provision of the Internal Revenue Code or any regulation promulgated under the Internal Revenue Code, such taxpayer may bring a civil action for damages against the United States (FTB) in federal district court."*

---

Federal Rules of Civil Procedure, Rule 8 (a) requires " a short and plain statement of the claim showing that the pleader is entitled to relief." 5A Charles A. Wright & Arthur R. Miller, Federal Practices and Procedures, Section 1356 (1990). Where claimant's pleading establishes "a powerful presumption against rejecting pleadings" <u>Gilligan,</u> 108 F. 3d. at 248, the court must provide the plaintiff with reasonable opportunity to prove facts alleged in the claim. See: *Conley v. Gibson, 355*

U .S. 41, 45-46 (1957). The Plaintiff's allegations must be "taken as true" where pleader claims he is entitled to judicial remedy and relief.

## JURISDICTION AND VENUE

36.     Plaintiffs allege "jurisdiction" in this Federal Court is proper pursuant to

Title 28 U.S.C. Section 1391 (c)(e)(3), insofar as this action can be adjudicated in

"any" federal district court where the PLAINTIFF is domiciled, and/or where the

PLAINTIFF resided at the time the FTB (government employees) violated Federal

and State Law enumerated herein. It is appropriate to bring this actionable cause

in the District of Columbia, the seat of the federal government and its laws.

37.     Plaintiff alleges the business, responsibility and duty of the Court is to permit

access to a fair process of adjudication. In particular, a "complaint" brought in

"good faith," timely raised by the petitioner, seeking relief, demonstrating and

alleging incontrovertible facts, in support of the complaint, is actionable before this

federal court.  In this regard, Plaintiff alleges that Title 28 U.S.C. Section 1361

"Judicial Responsibility to Perform Duty" requires this federal court of competent

jurisdiction to receive and adjudicate this complaint with neutrality and without

prejudice.  [See: Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 35

<u>Marquez-Ramos v. Reno</u>, C.A. 10 (Colo) 1995, 69 F. 3d 477 and <u>Public Citizen v.</u>

<u>Kantor</u>, D.D.C. 1994, 854 F. Supp. 208.

38.    Plaintiff alleges this action (complaint) for relief, attacking the illegality of

"tax collection" by unauthorized acts of the FTB, against NONTAXPAYRS, is the

proper forum because life, liberty and property are at stake. Moreover, the public

interest is best served when alleged "transparent" corruption of the FTB is exposed

for all the world to see how it ignores federal RIGHTS in the pursuit of tax

collection. This law suit is the way established by American jurisprudence.

39.    Plaintiff alleges that "defenses" asserted regarding procedural judicial

"orderliness," or exemption under the Eleventh Amendment or Tax Injunction Act

of 1867, are not proper reasons to excuse an action in equity, particularly in time of

exigency and where federal constitutional laws and rights have been egregiously

violated by the FTB who has "sufficient contacts" with the federal government

seated in Washington DC.

40.    Plaintiff alleges the "Venue" is proper in the United States District Court

for the District of Columbia, Washington DC because an actionable cause where

the FTB, acting under official capacity and color of authority, violated federal

statutes and constitutional RIGHTS, which this FEDERAL COURT has

jurisdiction to protect and preserve the federal RIGHTS violated.

41.    The COMPLAINT may be brought in the district in which the PLAINTIFF

resides, if no real property is involved, or in a district in which the DEFENDANT is

subject to "sufficient contacts." The DEFENDANT, "FTB," has sufficient contacts

throughout the several states including the District of Columbia and the

PLAINTIFF, resided both in California and Texas during the periods in which

the tortuous events (illegal bank seizures) occurred.

## REMEDY OF THIS COURT

**FEDERAL DISTRICT COURTS, IN A CIVIL ACTION, HAVE JURISDICITON TO CREATE A "REMEDY" UNDER EXTRAORDINARY CIRCUMSTANCES OF EXIGENCY. THE LAW IN EQUITY AND JUSTICE DEMANDS, AND RECOGNIZES, THAT WHEN LIFE, LIBERTY AND PROPERTY ARE AT STAKE, ANALOGOUS TO THE PLAINTIFF'S CLAIM, THE DISTRICT COURT HAS INHERENT CONSTITUTIONAL AND JUDICIAL POWERS TO GRANT RELIEF WHERE THERE IS NO OTHER ENFORCEABLE REMEDY TO THE DAMAGE AND IRREPARABLE HARM, WRONGFULLY IMPOSED.**

42.    <u>CITIZENS PROTECTION ACT OF 1998</u>   House Rules Bill H.R. 3396, commonly known as the "Citizens Protection Act of 1998," establishes penalties for any tortuous conduct of government (federal or state) employees who, under color of authority knew, or should have known, at the time of any egregious act, that Constitutional and Civil Rights were violated, if they:

.......... fail to determine tax liability, release information or violate privacy laws

.......... mislead a bank or financial institution about tax liability or taxing authority

.......... create, misstate or manufacture evidence

.......... impede or intentionally block a persons' right to information or discovery

43.    PLAINTIFF alleges the Fourteenth Amendment to the Constitution of the United States declares in pertinent part: "the government [State or Federal] may not make or enforce any law which shall abridge the privileges or immunities of citizens (Americans) of the United States."

44.    PLAINTIFF alleges this action for relief is not intended to be exhaustive, but adequate to show that exculpatory evidence exists to warrant this court's fact finding "test" to satisfy the legal sufficiency doctrine of evidence pertinent to Federal Rules of Civil Procedure, Rule 201, & Rule 8, and to support causes set out

separately for MONEY DAMAGES and INJUNCTIVE "relief."

45.    Plaintiff further alleges that the Defendant's illegal and unlawful efforts to

collect income taxes, by means of a scheme and/or mechanism, i.e. issuance of

an illegal "order" or "bank levy" to seize Plaintiff's bank funds is an act of

"extortion" and  clearly violates the Plaintiff's Civil Rights, and "pertinent "

published statutes and regulations in the IRC, CFR, California Revenue and

Taxation Code, California Constitution, Texas Constitution and the California Civil

Code, inter alia.

> EXTORTION: *The corrupt demanding or receiving by a person in office of a*
> *fee or tax larger than the law justifies, or a fee or tax not*
> *due...extraction of money by reason of oppressive*
> *conditions...obtaining property from another induced by*
> *wrongful use of force or fear, under color of official*
> *right...taking money by a government officer for a thing of*
> *value by color of office...the extraction of money by imposing*
> *or usurping authority to obtain money or other property by*
> *using "fear" of reprisals imposed by government office.*
> [ <u>Murray v. State</u> , *125 Tex. Cr. R. 252, 67 S.W. ed 274, 275* ].

46.    PLAINTIFF alleges the COMPLAINT contains compelling revelations

identifying the existence of material facts to clearly verify government fraud and

corruption.  Plaintiff further alleges that compelling evidence "exists" in support of

the assertions in the complaint demonstrating stunning infractions of the IRC, CFR,

California Civil Code, California Revenue and Taxation Code and federal Civil

Right statutes.

## ISSUE FOR DISPOSITION

**DID THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD "FTB," DEPRIVE A FEDERAL STATUTORY OR UNITED STATES, CALIFONRIA OR TEXAS CONSTITUTIONAL RIGHT, ENTITLED BY BARRY L. COX AND JANIS L. COX,  BY IMPOSING UNAUTHORIZED "ORDER TO WITHHOLD STATE INCOME TAX" IN YEARS 1996, 2006 & 2007 (WITHOUT JUDICIAL APPROVAL OR TAX WARRANT SIGNED BY A JUDGE OF COMPETENT JURISDICTION) TO SEIZE BANK ACCOUNTS IN THE STATES OF CALIFORNIA AND TEXAS OWNED BY NONTAXPAYER PLAINTIFF FOR TAX PERIODS 1988, 1989 & 1990.**

47.     The PLAINTIFF is informed and believes NO MATERIAL EVIDENCE exists to verify the Plaintiffs (Barry L. Cox and Janis L. Cox) are liable for California "personal state income tax" for tax periods 1988, 1989 or 1990 (or any tax year).  Plaintiffs believe and allege the "FTB" did not have "probable cause" or statutory, regulatory or delegated authority to issue FTB "Order to Withhold Personal State Income Tax" or any tax collection action to seize bank accounts owned by Plaintiff. FTB deprived Plaintiff of a federal statutory RIGHT.

48.    Plaintiff alleges the judicial "due process" clause mandated by the Texas Tax Code, Texas Penal Code, Internal Revenue Code, California Revenue and Taxation Code, California Civil Code and the Information Practices Act of 1977, and the Fourteenth Amendment, inter alia, were egregiously violated by the FTB. The inalienable provisions under the Fourteenth Amendment, a federal cherished RIGHT, was <u>inexcusably ignored</u> by the FTB, thus guaranteeing an actionable cause for relief in federal courts.

49.    Plaintiff alleges the FTB (a government agency) acted in bad faith and hostility. To the extent the Plaintiff has the burden of proof and must "trigger" an action of adjudication, the matter lies within the sound discretion [inherent Constitutional powers of the federal district court] of the jurisdictional court." See: <u>United States v. Hernandez</u>, 996 F. 2d 62 (5th Cir. 1993).

50.    Plaintiff is informed and believes incontrovertible facts exist to demonstrate the FTB, on or about October 1, 1996, unlawfully (without a court order or tax warrant signed by a judge) seized private bank funds owned by the Plaintiffs located in the state of California [account number #0607-687084 Wells Fargo Bank] under an illicit form styled FTB-2900-M "Order to Withhold Personal Income Tax" for tax period 1988 (Form 540) in an amount approximating $7,500.

49.     Plaintiff alleges the FTB (a government agency) acted in bad faith and
hostility. To the extent the Plaintiff has the burden of proof and must "trigger"
an action of adjudication, the matter lies within the sound discretion [inherent
Constitutional powers of the federal district court] of the jurisdictional court." See:
United States v. Hernandez, 996 F. 2d 62 (5th Cir. 1993).

### Count One

50.     Plaintiff is informed and believes incontrovertible facts exist to demonstrate
the FTB, on or about October 1, 1996, unlawfully (without a court order or tax
warrant signed by a judge) seized private bank funds owned by the Plaintiffs
located  in the state of California [account number #0607-687084 Wells Fargo Bank]
under an illicit form styled FTB-2900-M "Order to Withhold Personal Income Tax"
for tax period 1988 (Form 540) in an amount approximating  $7,500.

Plaintiffs allege this seizure was  preceded by an unauthorized FTB "Notification of Tax Lien."

### Count Two

51.    Plaintiff is informed and believes incontrovertible facts exist to demonstrate the FTB, on September 26, 2005, issued unauthorized FTB "Notice ID: 05QMMSFVA7IE and Form 4963 AMN MEO "Notice of State Income Tax Due" and subsequently issued "Order to Withhold State Income Tax" against the private Bank of America checking account, in the State of Texas, belonging to Alexander L. Cox and Janis L. Cox (Plaintiff) in excess of $5,000 without a tax warrant or court order signed by a judge of competent jurisdiction for alleged tax periods 1989 and 1990.

## Count Three

52.     Plaintiff alleges and believes incontrovertible facts exist to demonstrate the FTB unlawfully and illegally issued FTB 9890 ARCS "ANNUAL NOTICE" dated June 29, 2007 (copy attached) stating "Balance Summary For Account 1110902613" regarding alleged "California Personal State Income Tax" for (expired) tax years 1989 and 1990.  The FTB "annual notice" demonstrates the "ongoing" unlawful scheme of the FTB to collect California State Income Tax against Plaintiffs. Again, Barry L. Cox and Janis L. Cox are  "*nontaxpayers*" and are not made liable for any federal or state income tax on the source of their personal income under provisions of the Internal Revenue Code or California Revenue and Taxation Code.

53.    THEREFORE, to the extent the facts and evidence alleged and enumerated

herein must, as a matter of law, be taken as true by this jurisdictional court, the

Plaintiffs DEMAND the Court to issue an Order to impose sanctions against the

FTB for the irreparable harm and injury imposed on the Plaintiffs and grant their

PRAYER for restoration of actual MONEY DAMAGES for which they are

justly entitled by operation of law.  Plaintiffs further PRAY the court to award

injunctive and punitive monetary damages, as well as other just and fair relief, as

the Court deems appropriate in determining the appropriate "remedy" for blatant,

illegal and malicious acts of FTB state government employees who acted without

proper authorization and outside the scope of their "sovereign immunity" violating

the Plaintiffs cherished federal RIGHTS in wrongfully collecting bogus California

State income taxes for years 1988, 1989 & 1990 against NONTAXPAYERS.

IN SUM, Plaintiffs assert the foregoing COMPLAINT is true and correct to the

best of their knowledge and submit this actionable cause in this federal district court

under provisions of Rule 11, Federal Rules of Civil Procedure.


Respectfully submitted,


By _____
Barry L. Cox, Plaintiff
502 Roble Vista
San Antonio, Texas  78258


By _____
Janis L. Cox, Plaintiff
502 Roble Vista
San Antonio, Texas  78258

**POINTS AND AUTHORITIES IN SUPPORT OF COMPLAINT**

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO Box 2952
Sacramento CA
95812-2952

Notice Date: 06/29/07



**ANNUAL NOTICE**

Account Number:  1110902613

Tax Year(s): 1990,1989

BARRY L COX
502 ROBLE VISTA
SAN ANTONIO TX 78258-0000

Balance Summary: $69,025.09

## THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.

**We are required by the Taxpayers' Bill of Rights (Section 21026 of the Revenue and Taxation Code) to send you an annual statement regarding your account.**

If you are currently in a hardship or have an installment agreement, this notice does not change the agreement.   In addition, this notice does not delay or change outstanding collection actions.

Our records show balances as indicated below.  Your account balance may include additional debts not reflected below, such as liabilities currently under appeal or protest.  Also, your account balance may not reflect adjustments, such as those resulting from a prior or pending bankruptcy.

If you have questions regarding your account or believe you do not owe this balance, call us at (916)845-4750 Please have your supporting documents available. Our hours are 8:00 a.m. - 5:00 p.m., Monday through Friday.

### BALANCE SUMMARY FOR ACCOUNT    1110902613

| TAX YEAR | TAX | * PENALTY AMOUNT | CODE ** | * INTEREST | COLLECTION * FEES | PAYMENTS | ADJUSTMENTS | TAX YEAR AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1990 | $5,187.00 | $9,734.91 | AOW | $18,273.65 | $256.73 | $5,659.93 | $0.00 | $27,792.36 |
| 1989 | $6,934.00 | $11,561.83 | AW | $24,782.82 | $0.00 | $2,045.92 | $0.00 | $41,232.73 |

| **OTHER LIABILITY CODES = = >** | **OTHER LIABILITY AMOUNT = = >** |
|---|---|

**BALANCE DUE**    $69,025.09

**Assistance for persons with disabilities:**  We comply with the Americans with Disabilities Act.  Persons with hearing or speech impairments please call TTY/TDD (800) 822-6268.

* Penalties, interest, fees and your rights as a California taxpayer are explained on the enclosed insert FTB 1140.

** Penalty codes and other liability codes are listed on the back.

FTB 9890 ARCS (REV 06-2006)

**07 1386
FILED**

JUL 3 0 2007

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

# Paul Ballmer crushes the California Franchise Tax Board for $337,000

**March 29, 2001, _Los Angeles,_** Paul Ballmer, a graduate of FreedomLaw School and a determined and tenacious Freedom Fighter, won a unanimous JURY VERDICT against the California Franchise Tax Board(FTB). The FTB, probably the biggest most aggressive, arbitrary and oppressive of all Income Tax Agencies in America (far worse than the IRS), owed Paul Ballmer $250,000 in damages, as well as attorney's fees and expenses for violating the law and Mr. Ballmer's privacy rights.

**On July 20, 2001, the State of California issued a check for $337,122.53 to pay the judgment. (See actual copy of the victory check below.)**

Mr. Ballmer sued the FTB under the Information Practices Act (IPA) because of the FTB's refusal to correct the erroneous records on Mr. Ballmer. The IPA is the State of California's information privacy laws. These laws require the FTB to maintain ONLY records which are "personal, relevant and necessary" ... "maximum extent possible" accurate, relevant, timely and complete. In addition, laws require the FTB to "designate an employee to be responsible ensuring that the agency complies with all of the provisions these laws. The FTB ROUTINELY violates every one of the above mentioned laws and more.

Moreover, the FTB was and is required to "establish appropriate and reasonable administrative, technical and physical safeguards to ensure compliance with the provisions" of the IPA laws. However, the FTB adamantly refused to do so, despite repeated administrative attempts by Mr. Ballmer asking the FTB to follow the law. It took Mr. Ballmer 9 years of letter writing, filing a lawsuit, losing in court, and finally a reversal in the court of appeal to deliver the crushing blow to the GOLIATH FTB.

Due to Mr. Ballmer's determined pursuit of the lawless FTB, his records were somehow "DESTROYED" and the two illegal tax liens were "mysteriously" removed. Coincidence? Or maybe someone with the FTB figured out they were messing with the wrong guy!

The FTB remains the most aggressive, arbitrary and lawless income tax agency in America. Apparently they have not learned to follow their own laws. At present, Freedom Law School's students have several lawsuits pending against the FTB for violations of a variety of laws. Our goal is to force the FTB to follow the law and stop the harassment of law abiding Americans.



*See page 14 for Freedom Law School's course on how to "Beat State Income Tax Agencies Now."

# IRS Special Agent finds Federal Income Tax a HUGE FRAUD!

**Joseph R. Banister was a fast-rising Special Agent with the Criminal Investigation Division (CID) of the IRS in San Jose, California.** Mr. Banister's job was to investigate individuals who were suspected of violating the criminal tax laws of the U.S. Government and to recommend the prosecution of the apparently guilty individuals.

In 1997, Mr. Banister, with the help of Freedom Law School and other freedom-minded individuals, started a close examination of the lawful authority and nature of the Federal Income Tax. After spending over a year of in-depth research, Mr. Banister concluded that there is NO LAW that requires the average American to file an income tax confession (return) or to pay an income tax.

Mr. Banister, concerned about what he had found, wrote a 90-page Report* of his findings and conclusions regarding the Federal Income Tax. In January of 1999, Mr. Banister submitted his report to his superiors for their review and presentation to upper levels of the IRS, including, then Commissioner, Charles O. Rosotti. In his report, Mr. Banister asked the IRS to refute his conclusion that there is NO LAW that requires the average American to file a return and pay income tax.

The IRS is reported to have the largest and most knowledgeable team of tax attorneys in the world. They are required to enforce the tax laws of the United States consistent with the Constitution and the laws of the United States of America. However, the IRS <u>REFUSED</u> to address Mr. Banister's Report or refute <u>any</u> of the legal conclusions contained in Banister's Report!

Mr. Banister, a man of high character, could not in good conscience, continue his enforcement of non-existent laws. With NO answer from his superiors, Mr. Banister resigned from his prestigious $76,000 annual pay job to expose the fraud of the income tax to the American People.

We The People Foundation, www.givemeliberty.org, sponsored several symposiums to have the legality of the income tax discussed between Mr. Banister, the IRS, and other government officials. On only one occasion did the IRS and the Department of Justice agree to meet with Mr. Banister and other tax experts for debate, however, the government officials backed out at the last minute. On several other occasions the government's brass did not respond to the invitation, much less appear at the scheduled debate. To date, to stop Mr. Banister and other tax experts from meeting and discussing this very important topic, the agreed upon July 1999 debate live on the national C-Span network (several times rescheduled) no government official(s) showed up!

We The People Foundation placed several full-page advertisements* in the USA Today and other national publications, introducing Mr. Banister and his message to the American People, as well as challenging the Federal Government to disprove Mr. Banister's conclusions about Income Tax fraud by the IRS. Neither the IRS, the U.S. Department of Justice, nor any member of United States Congress has responded with any conclusive, hard evidence to contradict Mr. Banister or We The People Foundation. See the DVD 'America Freedom To Fascism" at www.freedomtofascism.com for more on We The People Foundation.

Don't you think your public servants have a duty to respond and explain once and for all the legality of imposing an income tax on you and other American to al Americans? We certainly do!

★ Contact Freedom Law School for information on obtaining copies of Mr. Banister's report on the Federal Income Tax ($35), or recordings of his speech on audio-tape or CD (free) or DVD ($5) and full-page reprints of the national publication advertisements (free).

**4**     Freedom Law School (760) 868-4271 www.livefreenow.org

# $300,000 Reward

**Freedom Law School is offering $100,000 to the first person who can demonstrate any of the three propositions listed below. The winner can collect up to $300,000 if he or she can prove all of the propositions below.**

1. Show what statute written by the Congress of the United States requires Americans to file an income tax "CONFESSION" (return) and pay an income tax.

2. How can Americans file an income tax "CONFESSION" (return) without giving up their 5th amendment right not to give any information to the government that may be used to prosecute them.

3. Prove that the 16th amendment to the United States Constitution, which, according to the IRS and modern American courts permitted the income tax to exist was, lawfully added to the United States Constitution.

# Freedom Law School declares:

★ There is no statute that makes any American Citizen who works and lives in the United States of America liable or responsible to pay an income tax. Individuals only become liable to pay the income tax when they "voluntarily" file a tax return and the IRS follows their assessment procedures as outlined in the Internal Revenue Code:

★ If there were a statute which clearly and unequivocally required the filing of such a return, such a statute would also be unconstitutional under the present income tax system to the extent that it would require individuals to give information on their tax returns which could be used against them to prosecute them criminally. Although the IRS and the federal American courts claim that the 16th Amendment of the US Constitution permitted an income tax to be imposed on the compensation for labor of the average working man, the 16th Amendment was not properly added to the United States Constitution. See www.thelawthatneverwas.com for documentaion of this issue.

★ The IRS, under the United States Constitution, cannot legally require information on 1040 returns from individuals. This is the reason the IRS continually refers to the income tax as "voluntary."

**For more information, you may want to investigate the resources listed below:**
**www.freedomabovefortune.com This is the site of Joe Banister, the former gun-carrying IRS Criminal Investigation Agent, who resigned from his prestigious job with the IRS because his superiors would not answer his findings of fraud within the IRS (See page 4).** Mr. Banister's report on the IRS confirms our opinions about the Federal Income Tax in great detail.

**www.givemeliberty.org Bob Schulz, founder of We The People Foundation, has attempted several times, with Joe Banister and many other intelligent Americans, to debate the legality of the income tax system with high ranking government officials. Each time, no government official ever showed up to debate!** Any intelligent American would think the government would be more than happy to show up and answer a few questions to set the record straight once and for all, wouldn't you...? Or does the government have something to hide...?  Do your own research and decide if the government is hiding something. See page 4. Aso see the DVD America Freedom to Fascism at **www.freedomtofascism.com**.

Section

[Code of Federal Regulations]
[Title 27, Volume 1]
[Revised as of April 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 27CFR70.51]

[Page 999]

TITLE 27--ALCOHOL, TOBACCO PRODUCTS AND FIREARMS

CHAPTER I--ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, DEPARTMENT OF THE
TREASURY

PART 70_PROCEDURE AND ADMINISTRATION--Table of Contents

    Subpart D_Collection of Excise and Special (Occupational) Tax

Sec. 70.51  Collection authority.

Collection--General Provisions


    The taxes imposed by provisions of 26 U.S.C. enforced and
administered by the Bureau must be collected by appropriate ATF
officers.

(26 U.S.C. 6301)

[T.D. ATF-450, 66 FR 29024, May 29, 2001]

*Office of the Law Revision Counsel, U.S. House of Representatives*
Home   Search   Download   Classification   Codification   About



Go to 1st query term(s)

-CITE-

    **26 USC** Sec. **7343**                                      01/03

-EXPCITE-

    TITLE **26** - INTERNAL REVENUE CODE

    Subtitle F - Procedure and Administration

    CHAPTER 75 - CRIMES, OTHER OFFENSES, AND FORFEITURES

    Subchapter D - Miscellaneous Penalty and Forfeiture Provisions

-HEAD-

    Sec. **7343.** Definition of term "person"          ( TAXPAYER )

-STATUTE-   SEE: IRC SECTIONS 5690 AND 7701(a)(i) "PERSON"

    The term "person" as used in this chapter includes an officer or
employee of a corporation, or a "member" or "employee" of a
partnership, who as such officer, "employee," or "member" is under a
duty to perform the act in respect of which the violation occurs.

-SOURCE-

    (Aug. 16, 1954, ch. 736, 68A Stat. 872.)



Home   Search   Download   Classification   Codification   About
*Office of the Law Revision Counsel, U.S. House of Representatives*

*"I believe that IRS revenue officers are misguided. I make such a bold statement only because (as a former IRS-CID 'Special Agent') I was misguided myself. I used to believe that the Internal Revenue Service, as an agency, scrupulously observes taxpayers rights. I used to believe that the Internal Revenue Service administers the federal income tax laws fairly and legally. I used to believe that the Internal Revenue Service would not knowingly trample on the rights of innocent Americans just to preserve the income tax system. It is with great sadness that I say I no longer hold any of those beliefs."*

> -Joseph R. Banister, C.P.A. former IRS-CID "Special Agent," San Jose, California) [February 25, 1999] (jbanister@freedomabovefortune.com)...whistleblower **[Author of: Investigating the Federal Income Tax Laws]** See: Documentary film: "America: Freedom to Fascism" on the internet aaronrusso@msn.com

This information is "conclusive evidence" the term "taxable income," for the most part, means corporate or partnership profit regarding privilege tax, excise tax or income tax which all mean the same thing. This tax is imposed upon "taxpayers" identified in the "Code" and whose "source of income" is generated and derived from <u>transactions</u> pertinent to sources of "revenue-taxable-activities" described in IRC Sections 6001 and following which <u>must be</u> administered and enforced by "appropriate ATF officers" of the BATF under 27 CFR, Part 70, Sections 70.01 through 70. 803.

IRC Sections 6001 and following (the controlling laws) apply only to "individuals" or "persons" identified in the IRC as "taxpayers."

For certain, as a matter of published law, ordinary American residents of the Fifty States of the Union are not "taxpayers." "They" are not made liable for excise, privilege, special license or income taxes (synonymous terms) under provisions of IRC, Sections 6001 and following because the "law" clearly demonstrates "they" are "nontaxpayers" and have no "source" of privileged occupations or special licenses which make them "individuals" or "persons" identified and defined in the Internal Revenue Code.

However, "these" laws are clearly <u>not</u> applicable to ordinary American "residents" of the Fifty States of the Union (i.e. non-federal citizens, non-aliens and "nontaxpayers"). "These" laws are simply <u>not</u> applicable to "nontaxpayers." Nor are "nontaxpayers" subject to "these" laws to be administered and enforced under assigned <u>published</u> enforcement regulations 27 C.F.R., Part 70, Sections 70.01 through 70. 803 by "appropriate ATF officers" of the BATF. [See: 27 CFR, Part 70, Sec. 70.51 "Collection authority"]

> "*Although the relevant statute authorized the Secretary* (of the Treasury) *to impose such a duty* (impose tax), *his implementing* (enforcement) *regulation did not do so. Therefore we held that there was no duty to disclose.*"
> -United States v. Murphy, 809 F. 2d 142, 1431

> "*For federal tax purposes, federal regulations govern*"
> -Lyeth v. Hoey, 305 US 188, 59 S, Ct. 155

> "*...failure to adhere to agency regulations may amount to a denial of due process if the regulations are required by constitution or statute.*"
> - Arzanipour v. Immigration and Naturalization Service, 866 F. 2d 743-746 (5th Cir. 1989)

> "*Once you have educated yourself, you will be in a better position to decide whether you would rather have an income tax system based on FRAUD and DECEPTION or a system based on honesty, integrity and the <u>rule of law</u>. The IRS is guilty of manipulating official computer records and transcripts to create bogus assessments, bogus tax return filing requirements, inflated and or bogus interest and penalty assessments and promulgating an ongoing scheme to DEFRAUD American residents out of money, property and rights.*"

> -Joseph R. Banister, C. P.A.  (09/01/2000)
> [Former IRS-CID "Special Agent" San Jose, CA]
> Author: "Investigating the Federal Income Tax Laws" ("Whistleblower" acquitted June 25, 2005)

*"My name is Sherry Peel Jackson. I became a Certified Fraud Examiner for the IRS Atlanta District Office in 2001. The Internal Revenue Service, Department of Justice and politicians have perpetuated 'this' smoke and mirrors and dog an pony show on the American people for over 88 years. The government per se has reneged to answer questions about 'liability for tax.' But now the truth of the fraudulent operations of the Federal Reserve System and the Internal Revenue Service have been revealed to the American public."*

**See: America: Freedom to Fascism, a documentary film by Aaron Russo, on the internet at "aaronrusso@msn.com**
Excerpt of testimony given February 27-28, 2004 at "Truth-In-Taxation Hearing," Washington D.C. Sherry P. Jackson, C.P.A. ("whistleblower")

**See: IRC, Section 861(a)(3) "Personal services"** *"Compensation for labor or personal services performed in the United States ...shall not be deemed to be income from 'sources' within the United States."*

**See:** <u>Merchant's Loan & Trust Co. v. Smietanka,</u> 255 U.S. 509, 518 & 519 where United States Supreme Court held that: *" The word INCOME must be given the same meaning in all of the Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act of 1909 and what that meaning is has now become definitely settled by the decisions of this court."* [The word income means "corporate profit" or "partnership profit" earned by "taxpayers"]

**See:** <u>**Brushaber  v. Union Pacific R.R.**</u>**, 240 U.S. 1** where the United States Supreme Court held that: *" The whole purpose of the 16ᵗʰ Amendment was to relieve all income taxes when imposed from apportionment from a consideration of the 'sources' whence the income was derived."*

**See:** <u>**Pacific National Bank  of Seattle v. IRS Commissioner,**</u>  **91 F. 2d 103 & 105 (9ᵗʰ Cir. 1937)** *" Treasury REGULATIONS are binding on the Government as well as on the taxpayer. Tax officials and taxpayers alike are under the law, not above it."*



**FREE ENTERPRISE SOCIETY**
2037 West Bullard #353
Fresno, California 93711
209-966-7040

BULK RATE
U.S. Postage
PAID
Mariposa, CA.
PERMIT No. 4

Barry L. Cox
502 Roble Vis
San Antonio TX 78258-3113

**WARNING**
18 USC 1700, 1701, 1702, 1703, 1709 & 1710
provide **CRIMINAL** penalties for any interfer-
ence preventing **ADDRESSEE** from receiving
this mail **PROMPTLY** and untampered with.

# Political Power and the Rule of Law

By Congressman Ron Paul

With the elections over and the 110th Congress settling in, the media have been reporting ad nauseam about who has assumed new political power in Washington. We're subjected to breathless reports about emerging power brokers in Congress; how so-and-so is now the powerful chair of an important committee; how certain candidates are amassing power for the 2008 elections, and so on. Nobody questions this use of the word "power," or considers its connotations. It's simply assumed, in Washington and the mainstream media, that political power is proper and inevitable.

The problem is that **politicians are not supposed to have power over us--we're supposed to be free.** We seem to have forgotten that freedom means the absence of government coercion. So when politicians and the media celebrate political power, they really are celebrating the power of certain individuals to use coercive state force.

Remember that one's relationship with the state is never voluntary. Every government edict, policy, regulation, court decision, and law ultimately is backed up by force, in the form of police, guns, and jails. That is why political power must be fiercely constrained by the American people.

**The desire for power over other human beings is not something to celebrate, but something to condemn!** The 20th century's worst tyrants were political figures, men who fanatically sought power over others through the apparatus of the state. They wielded that power absolutely, without regard for the rule of law.

Our constitutional system, by contrast, was designed to restrain political power and place limits on the size and scope of government. It is this system, the rule of law, which we should celebrate--not political victories.

Political power is not like the power possessed by those who otherwise obtain fame and fortune. After all, even the wealthiest individual cannot force anyone to buy a particular good or service; even the most famous celebrities cannot force anyone to pay attention to them. It is only when elites become politically connected that they begin to impose their views on all of us.

In a free society, government is restrained--and therefore political power is less important. I believe the proper role for government in America is to provide national defense, a court system for civil disputes, a criminal justice system for acts of force and fraud, and little else. In other words, the state as referee rather than an active participant in our society.

Those who hold political power, however, would lose their status in a society with truly limited government. It simply would not matter much who occupied various political posts, since their ability to tax, spend, and regulate would be severely curtailed. This is why champions of political power promote an activist government that involves itself in every area of our lives from cradle to grave. They gain popular support by promising voters that government will take care of everyone, while the media shower them with praise for their bold vision.

**Political power is inherently dangerous in a free society: it threatens the rule of law, and thus threatens our fundamental freedoms.** Those who understand this should object whenever political power is glorified. ❑



Form **1040** — Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return

### BY JOSEPH R BANISTER
#### SECOND EDITION

For the year

**L A B E L   H E R E**

Your first

If a joint

Home ad

City, tow

**INVESTIGATING
THE FEDERAL
INCOME
TAX**

A PRELIMINARY REPORT



## ABOUT THE AUTHOR

JOE BANISTER IS BELIEVED TO BE THE FIRST INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION DIVISION (IRS/CID) SPECIAL AGENT EVER TO DISCOVER ALLEGED WRONG-DOING IN THE ADMINISTRATION OF THE FEDERAL INCOME TAX AND THEN CONFRONT TOP OFFICIALS IN THE IRS ABOUT THOSE ALLEGATIONS AND HIS BELIEF THAT TAXPAYER RIGHTS WERE BEING VIOLATED. AFTER CONFRONTING TOP IRS OFFICIALS, HIS INQUIRIES WERE SUMMARILY REBUFFED AND HE WAS "ENCOURAGED" TO RESIGN. HE RESIGNED ON FEBRUARY 25TH, 1999. MR. BANISTER IS A GRADUATE OF SAN JOSE STATE UNIVERSITY. HE BECAME A LICENSED CERTIFIED PUBLIC ACCOUNTANT (CPA) IN 1991 BUT LEFT THE PRACTICE OF PUBLIC ACCOUNTING IN 1993 TO ACCEPT APPOINTMENT TO THE U.S. DEPARTMENT OF THE TREASURY, IRS CRIMINAL INVESTIGATION DIVISION, AS A SPECIAL AGENT (CRIMINAL INVESTIGATOR). IN ADDITION TO HIS INVESTIGATIVE DUTIES AS A SWORN FEDERAL LAW ENFORCEMENT OFFICER, MR. BANISTER WAS THE ORGANIZED CRIME DRUG ENFORCEMENT TASK FORCE (OCDETF) AND ASSET FORFEITURE COORDINATOR FOR THE IRS CENTRAL CALIFORNIA DISTRICT. HE ALSO ASSISTED WITH FIREARMS AND DEFENSIVE TACTICS TRAINING AS WELL AS COMMUNITY OUTREACH.

## WWW.FREEDOMABOVEFORTUNE.COM

ISBN NUMBER > 0-9678449-1-6

DESIGN > IMAGEOVERLOAD.COM

PHOTO > CLAYTON STALTER

# IRS Special Agent

## Prepares a report which proves there is no law which requires you to file a return.

I had the opportunity to meet a man who was at that time an IRS criminal investigator. His name is **Joseph Banister**. He is a man who put honor above his personal situation with the IRS. He ignored the advice from the IRS trainers to not give any credence to the supposedly bogus information put out by "tax protesters."

Joe Banister did receive information about the IRS fraud and corruption from sources he felt were reliable who were not "tax protesters," and he did want to see if any of these allegations had any merit.

His investigation emanated in a 95 page report which questions several aspects of the income tax. The report shows that his independent investigation resulted in him supporting the tax groups and differing from the IRS propaganda.

Joe Banister is not an uneducated person. He was a Special Agent for the IRS criminal investigation division since 1993. Before that he was a tax professional and Certified Public Accountant for 9 years. He holds a bachelor degree of science, business degree, business administration.

It was a dream of his to be a federal law enforcement officer. In 1993 he became an IRS criminal investigator appointed to a position of GS-1811. His duties included investigating violations of US Code Title 26 (IR Code). He was authorized to serve search warrants and arrest warrants. He later became the asset forfeiture coordinator for central California.

He swore an oath to God to protect and defend the Constitution. "I have always taken my oath very se-

riously," he said. "I have also been mindful of maintaining my ethics and moral standards as a public servant," he continued.

Throughout this investigation Banister had many troubled nights. Brought into question were the IRS' integrity and actions. Among the issues he in-



*Joe Banister, Former IRS special agent from the Criminal Investigation Division.*

vestigated were: 1. The federal income tax is voluntary. 2. The 16th amendment was not ratified. 3. Federal income taxes are not used to operate the federal government. What he found was contrary to everything he believed.

This report was then sent up the chain of command at the IRS. What Banister wanted and expected was that the IRS would respond on a point by point basis showing Banister where he was in error. Instead, he received a letter stating that the IRS would not respond to these questions and asking Banis-

ter for a resignation in 7 days.

On February 25th, 1999 Joe Banister resigned as follows:

*"I am very confused about the treatment I have received for a number of reasons. The first reason is because, on April 28th, 1998, you sent out a memorandum to all IRS employees regarding "Reporting of Misconduct, Fraud, Waste and Abuse." In the memorandum you stated that all Internal Revenue Service employees have an obligation to report misconduct, fraud, waste, and abuse. The IRS has a stringent policy that guarantees employees freedom from reprisal when they report such action. You further stated that every employee should take proactive steps to report wrongful actions. Apparently, I was mistaken to have relied upon your memorandum as a commitment to protect me from reprisal or other adverse treatment."*

*"I used to believe that the IRS, as an agency, 'scrupulously observes taxpayer rights.' I used to believe that the IRS administers the federal income fairly and legally. I used to believe that the IRS would not knowingly trample on the rights of innocent Americans just to preserve the income tax system. It is with great sadness that I say I no longer hold any of those beliefs."*

Joe Banister appears to be a man of principle and conscience. He has given up a lot for integrity's sake. Surely this will go well for him in his final judgment. I for one applaud his efforts and others like him. His report is featured on page 9 of this catalog. ❏

*The people...are the only sure reliance for the
preservation of our liberty.*
-Thomas Jefferson

June 23, 2005

## Former IRS CID Special Agent Joseph Banister Acquitted of Tax Fraud And Conspiracy

**Government Unable To Prove U.S. Law Requires Income Tax Withholding or Filing**

**Video & More Details Tomorrow...**

*Sacramento California* -- On Thursday June 23, a federal jury found former IRS Criminal Investigative Division (CID) Special Agent and CPA Joseph Banister not guilty of all counts alleging criminal tax fraud and conspiracy related to actions he took on behalf of a California business owner who had openly defied the IRS over several years by stopping withholding of all income and employment taxes from the paychecks of his workers.

During the trial the Department of Justice was unable to put forth any evidence that Banister had either engaged in a conspiracy or had acted unlawfully when he shared legal research with business owner Al Thompson concluding that he had no legal obligation to withhold taxes from his workers or when he (Banister) prepared corrected tax returns for Thompson claiming his taxable income was, under U.S. law, zero.

During the trial, Banister's former supervisor at IRS's San Jose CID office, Robert Gorini (who testified via video recording) when pointedly asked, was unable to cite any U.S. law that required Banister to pay income taxes.

Banister, who was forced to resign in 1999, gave Thompson's workers a presentation in 2000 which reviewed his detailed investigative research of U.S. tax law which concluded that not only did the IRS lack any authority to impose income taxes on the workers, but there was no legal requirement for the business to withhold any taxes from the workers paychecks.

Banister is part of a nationwide effort seeking to force the U.S. Government to respond to a series of detailed legal Petitions for

HARD EVIDENCE! No published STATUTE OR REGULATION
EXISTS THAT AUTHORIZES THE "IRS" TO
ASSESS TAX, IMPOSE TAX LIENS OR COLLECT
INCOME TAX by LEVY OR DISTRAINT, OR
by A PROCEEDING IN FEDERAL DISTRICT
COURT. Only "APPROPRIATE ATF OFFICERS"
ARE AUTHORIZED TO INVOKE 26 U.S.C.
SECTIONS 7401, 7402 & 7403.

# FedEx Pilot Beats IRS

**FedEx Employee Beats I.R.S. in Court**

By Kevin Smith

Substantially reprinted from the New York Times article of August 12, 2003.

FedEx pilot, Vernice Kuglin, 58, legally has NO taxes withheld from her paycheck, and the I.R.S., like a child denied his fifth helping of ice cream, is throwing a temper tantrum.

After being charged with six counts of "tax evasion" and having her passport stolen by the I.R.S., Vernice was acquitted by a federal jury in Memphis, TN. Like many other income tax cases in which the victim has won, Kuglin's testimony was bolstered by a stack of letters she had written to the I.R.S., asking the Internal Revenue Service to tell her the law that requires her to pay taxes. True to its track record, the I.R.S. refused to respond to her repeated inquiries. Instead, the agency used its standard "bluff and bully" strategy to try and force Kuglin to pay. Though many women, or men for that matter, would have buckled, Vernice stood firm.

As court documents show, the experienced pilot filed a withholding statement on Dec. 30, 1995, directing that no taxes be withheld from her pay. From 1996 through 2001 she earned $920,000 as a pilot for FedEx, but no taxes were withheld, she said yesterday. Had she ignorantly allowed withholding for the period, a total of about $250,000 would have been stripped from her pay and given to the I.R.S. Sandra Munoz, a company spokeswoman for FedEx, said that the shipper was complying with all I.R.S. regulations on withholding and did not say that Kuglin had done anything wrong. Munoz also did not say how many other employees had submitted similar requests via W-4 forms or otherwise, and were having no taxes withheld. Joe Murphy, the federal prosecu-

tor in the case, indicated in court that the agency intended to find a way to take all that it can by way of a civil action. Mr. Murphy did not say if the actions of the I.R.S. were lawful, choosing to dis-



miss the issue yesterday by saying that he was not allowed to comment on the case outside of court.

The lead defense lawyer, Lowell H. Becraft Jr., of Huntsville, Ala., said he built the defense around the absence of response by the I.R.S. to Ms. Kuglin's letters. He said the letters showed that his client lacked a criminal intent to evade the tax laws and was instead operating from a sincere belief that her conduct was proper. Mr. Becraft, who 12 years ago was part of a team that won acquittals for 17 defendants in another Memphis tax trial, said that jurors told him they had voted 7 to 5 for conviction on Thursday. They then told Judge Jon P. McCalla of Federal District Court that they were deadlocked. He ordered further deliberations, and the jury voted to acquit on Friday. "The whole thing could have been resolved if the government had simply answered her questions," Mr. Becraft said. "It didn't happen. I made an argument to the jury that an American has a right to ask the government for answers.

A lot of people in the tax movement do not hide, they are in the face of the I.R.S. and they write letters that set forth their position. And while a lot of them are not articulate or well grounded in legal positions, they have some things they want answered about their tax liability. But their questions are usually ignored." Mr. Becraft also said, during his conference with jurors after the verdict, that most focused comments were about the absence of a response from the I.R.S. to Ms. Kuglin's letters. The I.R.S. was unable to state yesterday what policy it has on responding to letters asking it to specify the law that makes people liable for income taxes. Nancy Mathis, an I.R.S. spokeswoman, quipped that the I.R.S. had posted various items on its Web site and that it had issued press releases stating that taxes are mandatory, yet she did not cite any sections from the Internal Revenue Code.

In interviews over the last nine years, scores of people who affirm that they are not required to pay the income tax have said that they had sent letters to the I.R.S., asking what law makes them liable for the taxes, yet had received no response. Ms. Kuglin said yesterday, "I believe the 16th Amendment is constitutional and the Internal Revenue Code is constitutional, but I also feel there is a gross misapplication of the individual income tax laws by the I.R.S. The questions I have asked are what section of the Internal Revenue Code makes me liable for the individual income tax and what law requires me to fill out the Form 1040 tax return," she said. Ms. Kuglin said she hoped to resume flying as soon as the government returns her passport, which was seized after her indictment early in the case.

**Congratulations, Ms. Kuglin!** DVD can be ordered for 11.00 plus 5.00 shipping. Order #04DVK ❑



We The People v. The U.S. Government

The Landmark Right-to-Petition Lawsuit

To Restore Constitutional Order and Reclaim Freedom

No Answers, NO Taxes!
The Right To Petition

Highlights From The Live C-SPAN Broadcast
And We The People Foundation Event July 19, 2004





On July 19, 2004 over 500 Patriots gathered at the National Press Club in Washington, DC to begin a landmark legal battle to restore Constitutional Order to our Republic.

The historic event marked the initiation of a lawsuit brought by almost 2000 Americans against the U.S. Government asking the federal Judiciary to determine, and declare - <u>for the first time in history</u> - the legal and Constitutional meaning of the First Amendment Petition clause.

*"If money is wanted by Rulers who have in any manner oppressed the People, they may retain it until their grievances are redressed, and thus peaceably procure relief, without trusting to despised petitions or disturbing the public tranquility."*

**Journals of the Continental Congress, 1:105-113**

* The Right to Sovereignty Over Servant Governments.
* The Right of Accountability to We the People.
* The Right to <u>Withhold Taxes</u> to Secure Redress.

## This Is The Power Of The Right-to-Petition



**We The People Foundation
For Constitutional Education**

2458 Ridge Road • Queensbury NY 12804

## www.GiveMeLiberty.org

These uncontroverted facts are further supported by <u>Garner v. United States</u>, 424 U.S. 648, 96 S. Ct. 1178: *"...any law (statute) requiring a citizen to file a tax return is unconstitutional...because an income tax is the 'testimony of a witness' ...and the Fifth Amendment to the federal constitution 'guarantees' that a citizen cannot be compelled to be a witness against himself...it cannot fairly be said that taxpayers are 'volunteers' when they file their tax returns... "*

" My research has yet to disprove the conclusion that an income tax is not imposed upon incomes derived by a citizen of the United States from sources within the United States. I believe that the allegation regarding the 'voluntary' nature of the income tax does have merit and it is therefore immoral and illegal to fine, prosecute, or otherwise penalize those who do not volunteer."

-Joseph R. Banister, C.P.A. (2000) [Former IRS Special Agent]
"Investigating the Federal Income Tax"

Parallel Table of Authorities and Rules list the "applicable" rulemaking authority for regulations codified in the Code of Federal Regulations.

See: 26 C.F.R., Part 601. Section 601.702 "Publication and public inspection" (ii) Effect of failure to publish, 26 U.S.C., Section 7805 "Rules and regulations," 5 U.S.C., Section 552(a)(1) – Section 552(E):

> *Except to the extent that a person has actual and timely notice of "terms" thereof, a person may not in any manner be required to resort to, or be adversely affected by a matter required to be published in the Federal Register and not so published. For purposes of this paragraph, the matter reasonably available to the class of persons affected thereby is deemed published in the Federal Register when incorporated by reference therein with the approval of the Director of the Federal Register.*

| Title 26 USC Statute | Assigned Enforcement Regulation |
|---|---|
| Section 6011 "General requirement of return, statement, or list" | **26 CFR, Part 301** |
| Section 6012 "Persons required to make returns of income" | **26 CFR, Part 301** |
| Section 6201 "Assessment authority" | **27 CFR, Part 70** |
| Section 6301 "Collection authority" | **27 CFR, Parts 24, 29, 53, 41 & 270** |
| Section 6321 "Lien for taxes" | **27 CFR, Part 70** |
| Section 6501 "Limitations on Assessment and collection" | **27 CFR, Part 70** |
| Section 6502 "Collection after assessment" | **27 CFR, Part 70** |
| Section 6503 "Suspension of running of limitations" | **27 CFR, Part 70** |
| Section 6229 "Period of limitations for making assessment" | **Not published and no regulation** |

The Secretary of the Treasury has promulgated and published in the Federal Register (Parallel Table of Authorities and Rules) the following Regulations:

Title 26 CFR – Parts 1, 31, 55, 156 & 301 [IRS]

Part 1         Taxes (excise) upon individuals ("persons" or "taxpayers")

Part 31        Employment taxes (government employers and employees)

Part 55        Excise taxes on real estate, investment trusts and regulated investment companies

Part 156       Excise taxes on greenmail

Part 301       Misc. excise taxes (on income source of privileged occupations and special licenses)


Title 27 CFR – Parts  [BATF]

Part 19        Distilled spirit plants (excise taxes)

Part 53        Manufacturers excise taxes (firearms and ammunitions)

Part 70        Enforcement and Administration ("Appropriate ATF officers")

Part 194       Liquor dealers (excise taxes)

Part 250       Liquors and article from Puerto Rico and Virgin Islands

Part 296       Misc. REGULATIONS relating to tobacco products and cigarette papers and tubes (EXCISE TAXES)

*The term excise tax, income tax, privilege tax and special license tax are synonymous. They are often used interchangeably in the Code."* American Airways v. Wallace, *57 F. 2d 877, 880.* **See: 27 CFR Part 70. Section 70.51 "Collection authority"** *" The taxes imposed by provisions of 26 U.S.C. enforced and administered by the Bureau must be collected by appropriate ATF officers."* (26 U.S.C. Sec. 6301 "Collection authority")

See: 26 USC, 7805 Part 2. Section 301.7426-2 "Recovery of damages in certain cases."
Remedies related to wrongful levy (lien) set forth in Sec. 301 7426-1(b) "*if a district court of the United States finds in any action brought under section 7426 that any officer or employee of the IRS recklessly or intentionally, or by reason of negligence, disregarded any provision of this title, the United States shall be liable to the plaintiff for damages....actual damages under Sec. 301.7433-1(b) and court costs under Sec. 301. 7433-1 ( c ) & (h).*"

"IN A TIME OF UNIVERSAL DECEIT,
TELLING THE TRUTH IS A REVOLUTIONARY ACT."
~ GEORGE ORWELL

AARON RUSSO'S



FREEDOM TO FASCISM

"THIS IS A MOVIE YOU MUST SEE. THIS IS A MOVIE
THE GOVERNMENT MUST KEEP YOU FROM SEEING."
~ BY MIKE RIVERO, WHATREALLYHAPPENED.COM

"A THOUGHT-PROVOKING CLARION CALL FOR THE
MASSES TO WAKE UP BEFORE
IT'S TOO LATE."
~ KAM WILLIAMS, THE BLACK STAR NEWS

"SEE THIS CINEMATIC CALL TO ARMS..."
~ JEFF CRAIG, SIXTY SECOND PREVIEW

"THE SCARIEST FILM YOU'LL SEE THIS YEAR.
MAKES FAHRENHEIT 9/11 LOOK LIKE BAMBI."
~ TODD DAVID SCHWARTZ

# "SILENCE IS GOLDEN,
## BUT WHEN IT THREATENS YOUR FREEDOM, IT'S YELLOW."
### ~ SIR EDMUND BURKE

Determined to find the law that requires American citizens to pay income tax, producer Aaron Russo ("The Rose," "Trading Places") set out on a journey to find the evidence. Neither left, nor right-wing this startling examination of government exposes the systematic erosion of civil liberties in America. Through interviews with U.S. Congressmen, former IRS Commissioner and former IRS and FBI agents, tax attorneys and authors, Russo connects the dots between money creation, one world government and immigration, computerized voting, federal income tax, and the national identity card, which becomes law in May 2008. This Federal ID card will use Radio Frequency Identification (RFID) technology. This is striking evidence of the evolving police state in America.

**Producer/Writer/Director: Aaron Russo**

*The Authorized Final Cut*

*USA 2006  Total Running Time: 107 Minutes*






ALL YOUR FREEDOMS, INC PRODUCTION AARON RUSSO FILM "AMERICA: FROM FREEDOM TO FASCISM"

DAVID BENOIT    RICHARD WHITLEY    GABE MILLER    AARON RUSSO

ALL YOUR FREEDOMS PRODUCTIONS

DVD VIDEO



FBI WARNING  Federal Law provides severe civil and criminal penalties for the unauthorized reproduction, distribution or exhibition of copyrighted motion pictures, video tapes, DVDs or video discs  Criminal copyright infringement is investigated by the FBI and may constitute a felony with a maximum penalty of up to five years in prison and/or a $250,000 fine

# INFORMATION PRACTICES ACT OF 1977

| | | |
|---|---|---|
| Article 1. | General Provisions and Legislative Findings | 1798-1798.1 |
| Article 2. | Definitions | 1798.3 |
| Article 5. | Agency Requirements | 1798.14-1798.23 |
| Article 6. | Conditions of Disclosure | 1798.24-1798.24b |
| Article 7. | Accounting of Disclosures | 1798.25-1798.29 |
| Article 8. | Access to Records and Administrative Remedies | 1798.30-1798.44 |
| Article 9. | Civil Remedies | 1798.45-1798.53 |
| Article 10. | Penalties | 1798.55-1798.57 |
| Article 11. | Miscellaneous Provisions | 1798.60-1798.69 |
| Article 12. | Construction with Other Laws | 1798.70-1798.78 |

Updated January 9, 2003

CA Codes (civ:1798-1798.1)

# CIVIL CODE
# SECTION 1798-1798.1

1798.  This chapter shall be known and may be cited as the Information Practices Act of 1977.


1798.1.  The Legislature declares that the right to privacy is a personal and fundamental right protected by Section 1 of Article I of the Constitution of California and by the United States Constitution and that all individuals have a right of privacy in information pertaining to them.  The Legislature further makes the following findings:
   (a) The right to privacy is being threatened by the indiscriminate collection, maintenance, and dissemination of personal information and the lack of effective laws and legal remedies.
   (b) The increasing use of computers and other sophisticated information technology has greatly magnified the potential risk to individual privacy that can occur from the maintenance of personal information.
   (c) In order to protect the privacy of individuals, it is necessary that the maintenance and dissemination of personal information be subject to strict limits.

# CIVIL CODE
# SECTION 1798.45-1798.53

1798.45.  An individual may bring a civil action against an agency whenever such agency does any of the following:
   (a) Refuses to comply with an individual's lawful request to inspect pursuant to subdivision (a) of Section 1798.34.
   (b) Fails to maintain any record concerning any individual with such accuracy, relevancy, timeliness, and completeness as is necessary to assure fairness in any determination relating to the qualifications, character, rights, opportunities of, or benefits to the individual that may be made on the basis of such record, if, as a proximate result of such failure, a determination is made which is adverse to the individual.
   (c) Fails to comply with any other provision of this chapter, or any rule promulgated thereunder, in such a way as to have an adverse effect on an individual.

1798.46.  In any suit brought under the provisions of subdivision (a) of Section 1798.45:
   (a) The court may enjoin the agency from withholding the records and order the production to the complainant of any agency records improperly withheld from the complainant.  In such a suit the court shall determine the matter de novo, and may examine the contents of any agency records in camera to determine whether the records or any portion thereof may be withheld as being exempt from the individual's right of access and the burden is on the agency to sustain its action.
   (b) The court shall assess against the agency reasonable attorney's fees and other litigation costs reasonably incurred in any suit under this section in which the complainant has prevailed.  A party may be considered to have prevailed even though he or she does not prevail on all issues or against all parties.

1798.47.  Any agency that fails to comply with any provision of this chapter may be enjoined by any court of competent jurisdiction.  The court may make any order or judgment as may be necessary to prevent the use or employment by an agency of any practices which violate this chapter.
   Actions for injunction under this section may be prosecuted by the Attorney General, or any district attorney in this state, in the name of the people of the State of California whether upon his or her own complaint, or of a member of the general public, or by any

individual acting in his or her own behalf.


1798.48.  In any suit brought under the provisions of subdivision
(b) or (c) of Section 1798.45, the agency shall be liable to the
individual in an amount equal to the sum of:
    (a) Actual damages sustained by the individual, including damages
for mental suffering.
    (b) The costs of the action together with reasonable attorney's
fees as determined by the court.


1798.49.  An action to enforce any liability created under Sections
1798.45 to 1798.48, inclusive, may be brought in any court of
competent jurisdiction in the county in which the complainant
resides, or has his principal place of business, or in which the
defendant's records are situated, within two years from the date on
which the cause of action arises, except that where a defendant has
materially and willfully misrepresented any information required
under this section to be disclosed to an individual who is the
subject of the information and the information so misrepresented is
material to the establishment of the defendant's liability to that
individual under this section, the action may be brought at any time
within two years after discovery by the complainant of the
misrepresentation.  Nothing in Sections 1798.45 to 1798.48,
inclusive, shall be construed to authorize any civil action by reason
of any injury sustained as the result of any information practice
covered by this chapter prior to July 1, 1978.
    The rights and remedies set forth in this chapter shall be deemed
to be nonexclusive and are in addition to all those rights and
remedies which are otherwise available under any other provision of
law.


1798.50.  A civil action shall not lie under this article based upon
an allegation that an opinion which is subjective in nature, as
distinguished from a factual assertion, about an individual's
qualifications, in connection with a personnel action concerning such
an individual, was not accurate, relevant, timely, or complete.


1798.51.  Where a remedy other than those provided in Articles 8 and
9 is provided by law but is not available because of lapse of time
an individual may obtain a correction to a record under this chapter
but such correction shall not operate to revise or restore a right or

remedy not provided by this chapter that has been barred because of lapse of time.

1798.53.  Any person, other than an employee of the state or of a local government agency acting solely in his or her official capacity, who intentionally discloses information, not otherwise public, which they know or should reasonably know was obtained from personal information maintained by a state agency or from "records" within a "system of records" (as these terms are defined in the Federal Privacy Act of 1974 (P. L. 93-579; 5 U.S.C. 552a)) maintained by a federal government agency, shall be subject to a civil action, for invasion of privacy, by the individual to whom the information pertains.

   In any successful action brought under this section, the complainant, in addition to any special or general damages awarded, shall be awarded a minimum of two thousand five hundred dollars ($2,500) in exemplary damages as well as attorney's fees and other litigation costs reasonably incurred in the suit.

   The right, remedy, and cause of action set forth in this section shall be nonexclusive and is in addition to all other rights, remedies, and causes of action for invasion of privacy, inherent in Section 1 of Article I of the California Constitution.

## CERTIFICATE AND PROOF OF SERVICE

I DECLARE UNDER PENALTY OF PERJURY, 28 U.S.C. SECTION 1746, THAT
I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE. I DECLARE
ON THE ___28___ DAY OF ___July___, 2007, I PLACED IN THE
UNITED STATES (CERTIFIED) MAIL, THE ORIGINAL AND REQUIRED
TWO COPIES OF THIS ACTION STYLED "COMPLAINT FOR MONEY
DAMAGES," WITH VERIFIED EVIDENCE IN SUPPORT THEREOF,
ADDRESSED TO THE CLERK OF COURT, UNITED STATES COURT HOUSE,
DISTRICT OF COLUMBIA, WASHINGTON DC DIVISION, 333
CONSTITUTION AVENUE, N.W., WASHINGTON DC. 20001. A TRUE AND
CORRECT COPY WAS ALSO SERVED BY CERTIFIED UNITED STATES
MIAL ON DEFENDANT, STATE OF CALIFORNIA, FRANCHISE TAX BOARD
("FTB"), PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 3
AND RULE 4, TO STATE OF CALIFORNIA, FTB, P.O. BOX 2952,
SACRAMENTO, CALIFORNIA 95812-2952.

**Attestation:**

**I AM NOT A PROFESSIONAL SERVER.  I AM NOT LICENSED AS A SERVER**

**FOR THE STATE OF TEXAS.  I AM NOT A PARTY TO THIS ACTION.**

Alexander L. Cox
**Name of Server (Print)**
**Alexander L. Cox**
**19141 Stone Oak Parkway**
**Suite 104   Box 109**
**San Antonio, Texas  78258**

**Signature of Server**

**Date:** July 28/2007

## CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Barry L. Cox, Et Al

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE's  N/P

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

State of California Franchise Tx. Board

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01386
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/30/2007
Description: Civil Rights-Non Employ.

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. *Habeas Corpus* 2255 | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)*  | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☐ NO   If yes, please complete related case form.

DATE 7.30.07   SIGNATURE OF ATTORNEY OF RECORD  *cci*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

