UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

WASHINGTON D.C. DIVISION

BARRY L. COX and JANIS L. COX, )
)
      Plaintiff, )
)
v. )
)
) Case No. 1: 07-CV-01386 (RMC)
STATE OF CALIFONRIA, FRANCHISE TAX )
BOARD [ "FTB"] )
)
      Defendant )
)
_____/ TO: Hon: Judge R.M. Collyer

## MOTION FOR DEFAULT JUDGMENT

**MAY IT PLEASE THE COURT:**

**Pursuant to Federal Rules of Civil Procedure, Rule 7(a) <u>Pleadings</u>, the Congress made "clear" in this applicable statute:**

> "THERE SHALL BE AN ANSWER TIMLEY FILED (within 30 days) BY THE OPPOSING (FTB) PARTY TO ANY MOTION FILED...."
> (emphasis added)

Pursuant to subsection (2) and (3) of Rule 7 it states in pertinent part:

> (2) "The rules applicable to captions and other matters of form of pleadings <u>apply to all motions and other papers</u> provided for by these rules"

1

RECEIVED
OCT 1 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(3) "All motions shall be signed in accordance with Rule 11 "Signing of Pleadings, Motions, and Other Papers; Representations to Court; Sanctions"

**The U.S. Congress made it "clear" to litigating parties ( Defendant) the penalty in failing the requirement to "timely" file an answer under prescribed mandates of Rule 55 (F. R. Civ. P) <u>Default</u>. Specifically, this law states in pertinent part:**

(a) Entry.

> **WHEN A PARTY AGAINST WHOM A JUDGMENT FOR AFFIMATIVE RELIEF IS SOUGHT HAS (SUBSEQUENTLY) <u>FAILED</u> TO PLEAD OR OTHERWISE DEFEND AS PROVIDED BY "THESE" RULES AND THAT FACT IS MADE TO APPEAR BY AFFIDAVIT OR OTHERWISE (DEFAULT MOTION), THE CLERK SHALL ENTER THE PARTY'S <u>DEFAULT</u>. (Failure to answer or file a timely rebuttal)**

INASMUCH as the Judge of this Federal Court is cognizant of the facts, law and verified conclusive evidence filed by the "Plaintiff's" COMPLAINT for MONEY DAMAGES (filed July 30, 2007), and to the extent the "Defendant" [State of California, State Franchise Tax Board (FTB)] was timely served a copy of the COMPLAINT on July30, 2007, but has FAILED TO PLEAD OR OTHERWISE DEFEND as provided by "these" pertinent and applicable rules of law published in the Federal Rules of Civil Procedure, the Judge of this Court is obligated by Rule 55 and Rule 52 "Findings by the Court; Judgment on Partial Findings" to consider and apply the following:

Rule 55(a) <u>Effect:</u>

> **"In all actions tried upon the facts without a jury…the court shall find the facts (FINDING OF FACTS) specially and state separately its <u>conclusions of law</u> thereon, and judgment shall be entered (FOR THE MOVING PARTY) pursuant to Rule 58 "Entry of Judgment"** (emphasis added)

### INCONTROVERTIBLE FACTS

On July 30, 2007, the "Plaintiffs" filed COMPLAINT for MONEY DAMAGES.

The court docket and clerk's record will show the "Defendant" was timely served a a copy of the "COMPLAINT" and extended the courtesy to delay its "answer" up to 60 days provided by Rule 4 F. R. Civ. P., "Duty to Avoid unnecessary Costs of Service of Summons" (Form AO 399).

Neither the Plaintiff or Defendant have submitted Form CO-942B "Consent to Proceed Before United States Magistrate Judge For All Purposes."

"Defendant" has FAILED TO PLEAD OR OTHERWISE DEFEND the "Plaintiff's" claim for <u>Money Damages</u>. As a matter of law, the "COMPLAINT" is **UNOPPOSED.**

THEREFORE, due to <u>inexcusable neglect</u> of the FTB to timely answer, the "Defendant" is in DEFAULT. By operation of law, (statutes of limitations) the defendant is irrevocably BARRED from filing an answer.

Plaintiffs now move the Court to issue an ORDER OF JUDGMENT pursuant to F.R. Civ. P., Rule 58 "Entry of Judgment" mandated by Rule 55 "Default" requiring FTB to expeditiously restore the bank funds which were illegally and unlawfully seized by fraudulent acts of FTB officers and employees in 1996 and 2005, as referenced in the "complaint."

Plaintiffs also move the court to consider the irreparable harm and injury caused by the "illegal" acts of FTB employees and further impose triple damages against the Defendant for punitive damages and any other reasonable amounts (lost interest) entitled by the Plaintiff in fashioning the appropriate remedy for admitted damages, including reasonable legal fees and court costs.

Amounts illegally seized by Defendant "FTB:"

1996....$7, 500  [Wells Fargo Bank, San Bernardino, California]i

2005....$5,500   [Bank of America, San Antonio, Texas]

Total amount seized:  $13,000.  <u>Triple damages $39,000.</u>

Respectfully submitted,

By_____
Barry L. Cox
502 Roble Vista
San Antonio, Texas  78258

By_____
Janis L. Cox
502 Roble Vista
San Antonio, Texas  78258

## CERTIFICATE OF SERVICE

This is to certify that the Plaintiff's action styled "Motion For Default Judgment" was served upon the Clerk of Court, United States Court House, District of Columbia, Washington D.C. 333 Constitution Avenue, N.W., Washington DC, 20001 by prepaid United States mail.

A true and correct copy was also served by prepaid first class United States mail to the defendant, State of California, Franchise Tax Board, P.O. Box 2952, Sacramento, California 95812-2952 pursuant to Rule 3 and Rule 4, Federal Rules of Civil Procedure.

Attestation:

I am not a professional server. I am not licensed as a server for the state of Texas. I am of sound mind and over the age of 21 years. I am a United States resident American. I am not a party to this action.

By _____
Alexander Cox, server
14191 Stone Oak Parkway
Suite 104   Box 109
San Antonio, Texas   78258


Date:  September 27, 2007

```
        ***POSTALANNEX+***
    18160 US Hwy. 281 N. Ste. 108
       San Antonio, Texas  78232
           (210) 404-2100
         Fax (210) 404-2290
       www.postalannex.com/438



Stamps                          0.49
Shipment---------------------
    USPS First Class Mail Flat
    Package ID: 50388           4.80
Shipment---------------------
    USPS First Class Mail Flat
    Package ID: 50389          14.80
    Certified            ($5.30)
    Return Receipt       ($4.30)
**VOID**Shipment-------------
    USPS Priority Flat-Rate Box
    Ship To:

    STATE OF CALIFORNIA
    FRANCHISE TAX BOARD FTB
    P.O. BOX 2952
    SACRAMENTO, CA 95812
    Package                    0.00
    Certified            ($5.30)
    Ret.Rcpt.for Merchandise ($4.70)
Shipment---------------------
    USPS Priority Flat-Rate Box
    Ship To:

    UNITED STATE COURT HOUSE
    WASHINGTON, DC 20001
    Package ID: 50392         24.50
    Certified            ($5.30)
    Ret.Rcpt.for Merchandise ($4.70)

    SUBTOTAL                  44.59
    TAX                        0.00
    TOTAL                     44.59
TEND Visa                     44.59

BARRY COX
Edie O. (1)             07/28/2007
#74318                    12:36 PM




    *********************************
       Thank you for your business.
         TRACK YOUR PACKAGE AT
          www.postalannex.com/438
    *********************************
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7006 0100 0003 2802 3530

Sent To: STATE OF CALIF. FTB
Street, Apt. No.; or PO Box No. P.O. BOX 2952
City, State, ZIP+4 SACRAMENTO, CA 95812-2952

PS Form 3800, June 2002       See Reverse for Instructions