AO 440 (Rev. 8/01) Summons in a Civil Action
=================================================================================

# UNITED STATES DISTRICT COURT

_____ District of Columbia _____

Barry L. Cox and Janis L. Cox
    Plaintiff,

                                **SUMMONS IN A CIVIL ACTION**

    V.

State of California, Franchise Tax Board
("FTB")
    Defendant,
                                CASE NUMBER: 07-1386 (RMC)

TO: (Name and Address of Defendant)

    State of California, FRANCHISE TAX BOARD
    Debra Bowen, Secretary of State
    1500 11th Street
    Sacramento, California 95814
    C/O Legal Counsel

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S attorney (name and address)

    Barry L. Cox and Janis L. Cox
    Attorney Pro Se
    19141 Stone Oak Parkway
    Suite 104, Box 109
    San Antonio, Texas 78258

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**         1/15/2008
CLERK                            DATE

_____
(By) DEPUTY CLERK

**RECEIVED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 19, 2008 |
| NAME OF SERVER (PRINT) Alexander L. Cox | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service was made by U.S. Postal Service Certified Mail Receipt 7007 2680 0001 2081 7614

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 19, 2008
Date

Signature of Server

19141 Stone Oak Parkway, Suite 104 Box 109
San Antonio, Texas 78258
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: STATE OF CALIF "FTB" SECRETARY of STATE
Street, Apt. No.; or PO Box No. 1500 11TH STREET
City, State, ZIP+4 SACRAMENTO, CALIFORNIA 95814

PS Form 3800, August 2006   See Reverse for Instructions

7007 2680 0001 2081 7614

CERTIFIED MAIL

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STATE OF CALIFORNIA
   FRANCHIZE TAX BOARD "FTB"
   C/O SECRETARY OF STATE
   DEBRA BOWEN
   1500 11TH STREET
   SACRAMENTO, CALIFORNIA
   95814

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540