

**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

January 30, 2008

Barry L. Cox
Janis L. Cox
19141 Stone Oak Parkway
Suite 104, Box 109
San Antonio, TX 78258



*Let this be filed. R. M. Colly 2/6/08*

Re:  Barry L. Cox and Janis L. Cox v. State of California, Franchise Tax Board
     United States District Court, District of Columbia
     Case No.: 07-1386 (RMC)

Dear Mr. and Ms. Cox:

We have received by mail what appears to be a lawsuit against the State of California or the California Franchise Tax Board. The Federal Rules of Civil Procedure and California law do not provide for service of process in this manner, and service of process against the State of California must be served upon the California Attorney General's office pursuant to California Government Code section 955.4, and service of process against the California Franchise Tax Board must be served upon that separate State agency. The California Secretary of State is not authorized to accept service in an action against the State of California or in an action against the California Franchise Tax Board.

Therefore, we have returned the submitted materials without taking further action.

If we can be of assistance with any of the functions or services of this office that are authorized by the California Constitution or by statute, please let us know.

Sincerely,

Legal Review Unit
California Secretary of State
Business Programs Division

encl.

cc:     Nancy M. Mayer-Whittington
        Clerk of the Court
        United States District Court
        District of Columbia
        333 Constitution Avenue, N.W.
        Washington, D.C. 20001

**RECEIVED**

FEB 4 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT