February 26, 2008

Clerk's Office
Clerk of the Court
Nancy M. Mayer-Whittington
United States District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N. W.
Washington, DC 20001

RE: <u>Case: 1: 07-cv-01386</u> RMC

Dear Clerk of the Court or Deputy Clerk:

Please take notice of a new mailing for plaintiff:

> Barry Cox and Janis Cox
> 503 E. Hunt Hwy
> Suite 103-409
> Queen Creek, Arizona
> 85243

A copy this notice has been mailed to the defendant as follows:

> State of California
> Attorney General's Office
> Department of Justice
> P.O. Box 944255
> Sacramento, California 94344-2550

Please forward all correspondence to this new address.

Thank you,

By _____
  Barry L. Cox
  Attorney pro se

Cc: Defendant: Attorney General's Office

**RECEIVED**

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT